# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Douglass and Carol Goehring-Douglass <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 14-23908 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1765

                      Respectfully submitted,

                      **/s/ James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      jwarmbrodt@kmllawgroup.com
                      Attorney I.D. No. 42524
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      Phone: 215-825-6306
                      Fax: 215-825-6406
                      Attorney for Movant/Applicant