LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-23908-CMB |
| **Michael Douglass and** | : | |
| **Carol Goehring-Douglass,** | : | Chapter No. 13 |
| Debtors | : | |
| _____ | : | |
| **Paul W. McElrath, Esquire /** | : | Related to Docket No. 73 |
| **McElrath Legal Holdings, LLC,** | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | June 7, 2017 at 10:00 AM |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents Michael Douglass and Carol Goehring-Douglass.
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period September 26, 2014 to April 17, 2017
3. Previous retainer paid to Applicant: $300.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,750.00.
5. Applicant requests additional:
   Compensation of $777.50 for Total Compensation of $5,527.50
   Total Expenses Used $ 429.25.
6. A hearing on the Application will be held in Courtroom "B," 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 at 10:00 a.m., on June 7, 2017.
7. Any written objections must be filed with the Court and served on the Applicant on or before May 4, 2017 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: April 17, 2017                                  Applicant or Attorney for Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606