IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-23908 CMB |
| | : | |
| Michael Douglass &, | : | |
| Carol Goehring-Douglass | : | CHAPTER 13 |
| Debtors | : | |
| | : | Doc. No. 75 |
| Michael Douglass &, | : | |
| Carol Goehring-Douglass | : | Related to Doc. No. 69, 70 |
| Movants | : | |
| | : | Concil Conf.: |
| vs. | : | June 8, 2017 at 10:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER DATED APRIL 13, 2017, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED APRIL 7, 2017**

I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated April 13, 2016, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan Dated April 7, 2017, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: April 17, 2017

By:   /s/ Sharla Munroe
       Sharla Munroe, Paralegal
       McElrath Legal Holdings, LLC
       432 Boulevard of the Allies
       Professional Office Building
       Pittsburgh, PA 15219
       sharlam@mcelrathlaw.com
       Tel: 412.765.3606
        Fax: 412.765.1917

**MATRIX OF PARTIES SERVED**

Service by NEF

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by first class mail:

Douglass, Michael & Carol
550 Shenango Road
Beaver Falls, PA 15010

Allied Adjustors
845 23rd St
Aliquippa, PA 15001

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

AmeriCredit Financial
Services, Inc.
PO Box 183853
Arlington, TX 76096

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Beaver Valley Fcu
601 37th St
Beaver Falls, PA 15010

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Chase
Po Box 24696
Columbus, OH 43224

Chase
Po Box 901076
Ft Worth, TX 76101

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Gm Financial
Po Box 181145
Arlington, TX 76096

HSBC
Post Office Box 17906
San Diego, CA 92177

Hub Finance
203 Brighton Ave
Rochester, PA 15074

MRS Physical Therapy
500 Market Street #103
Beaver, PA 15009-2998

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

NCO Financial
507 Prudential Road
Horsham, PA 19044

Penn Billing Services
PO Box 988
Harrisburg, PA 17108-0988

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Sallie Mae
Po Box 9655
Wilkes Barre, PA 18773