# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Michael Douglass and | : | Case No. 14-23908-CMB |
| Carol Goehring-Douglass, | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Doc. No. 82 |
| Michael Douglass, | : | |
| SS. No. (xxx-xx- 9465) | : | |
| Movant | : | |
| | : | WO-1 |
| | : | |
| | : | |
| v. | : | |
| Beaver Newspapers, Inc., | : | |
| | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
## ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, <u>Sharla Munroe</u>, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 9, 2017</u>, I served a copy of the above-captioned pleading and within **Wage Attachment Order**, together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

<u>Executed on June 9, 2017</u>

/s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
slittle@mcelrathlaw.com
Tel: 412.765.3606
Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Michael Douglass
Carol Goehring-Douglass
550 Shenago Road
Beaver Falls, PA 15010

Beaver Newspapers, Inc.
Attn: Payroll Manager
400 Fair Avenue
Beaver, PA 15009