UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Michael Douglass and Carol Goehring-Douglass, | : | Case No. 14-23908-CMB |
| Debtors | : | Chapter 13 |
| | : | Related to Doc. No. 89 |
| Michael Douglass, SS. No. (xxx-xx- 9465) | : | |
| Movant | : | |
| v. | : | |
| Beaver Newspapers, Inc., | : | |
| Respondent | : | |

### ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this __13th__ day of __July__, 2017, it is hereby ORDERED, ADJUDGED and DECREED that,

BEAVER NEWSPAPERS, INC.

ATTN: PAYROLL MANAGER

400 FAIR AVENUE
BEAVER, PA 15009

Is hereby ordered to immediately terminate the attachment of the wages of Michael Douglass, social security number xxx-xx-9465. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of Michael Douglass.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

BY THE COURT:

_____
U. S. BANKRUPTCY JUDGE    kmt

FILED
7/13/17 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael Douglass  
Carol Goehring-Douglass  
    Debtors

Case No. 14-23908-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe        Page 1 of 1        Date Rcvd: Jul 13, 2017  
                          Form ID: pdf900  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.  
db         +Michael Douglass,   43 A Street,   Beaver, PA 15009-1643  
          +Beaver Newspapers, Inc.,   Attn: Payroll Manager,   400 FairAvenue,   Beaver, PA 15009-1958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.   on behalf of Joint Debtor Carol  Goehring-Douglass ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Paul W. McElrath, Jr.   on behalf of Debtor Michael  Douglass ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                         TOTAL: 6