IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-23908-CMB |
| | : | |
| Michael Douglass &, | : | |
| Carol Goehring-Douglass | : | CHAPTER 13 |
| Debtors | : | |
| vs. | : | Related to Document No. 96 |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

ORDER

AND NOW on this __8th__ day of __August__, 2017, upon consideration of the Stipulation Of Settlement Of the Payment and Use of Insurance Proceeds, it is hereby ordered and directed as follows:

1. From the total insurance proceeds consisting of, $7,574.12, ERIE Insurance shall pay to JP Morgan Chase Bank NA. the amount of $5,683.81, an amount sufficient to pay off the lien.

2. Upon receipt of the payment of $5,683.81, JP Morgan Chase Bank NA. shall satisfy the lien on the 2013 Hyundai Elantra Vehicle.

3. From the total insurance proceeds consisting of $7,574.12, ERIE Insurance shall pay to Debtor-wife, Carol Goehring-Douglass. the amount of $1,890.31 Payment shall be made payable to Carol Goehring-Douglass directly or sent to the

following address: Paul McElrath Jr., Esq. at McElrath Legal Holdings, 1641 Saw Mill Run Blvd., Pittsburgh, Pennsylvania 15210.

BY THE COURT:

*Carlota M. Bohm*
Carlota M. Bohm
United States Bankruptcy Judge

FILED
8/8/17 9:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-23908-CMB
Michael Douglass                                                    Chapter 13
Carol Goehring-Douglass
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1              Date Rcvd: Aug 08, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.
db          +Michael Douglass,   43 A Street,   Beaver, PA 15009-1643
jdb         +Carol Goehring-Douglass,   550 Shenango Road,   Beaver Falls, PA 15010-1659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Carol  Goehring-Douglass ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Michael  Douglass ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6