# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Michael Douglass and | : | Case No. 14-23908-CMB |
| Carol Goehring-Douglass, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Carol Goehring-Douglass, | : | Related to Doc. No. 97, 98 |
| Movant | : | |
| | : | Hearing Date and Time: |
| v. | : | September 27, 2017 at 10:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Ryan S. Woodske Esq., as Special Counsel in co-debtor's Disability Case, filed on August 4, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 21, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 22, 2017           By: /s/ Paul W. McElrath
                                 Paul W. McElrath, Esquire
                                 Attorney for Debtor/Movant
                                 PA I.D. #86220
                                 1641 Saw Mill Run Blvd.
                                 Pittsburgh, PA 15210
                                 (412) 765-3606