# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-23908-CMB |
|   Michael Douglass and | : | |
|   Carol Goehring-Douglass, | : | |
|     Debtors | : | Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
|   Carol Goehring-Douglass, | : | Related to Doc. No. 103 |
|     Movant | : | |
| | : | Hearing Date and Time: |
|   vs. | : | September 27, 2017 at 10:00 AM |
| | : | |
|   Ronda J. Winnecour, Esquire, | : | |
|   Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE ORDER GRANTING APPLICATION TO EMPLOY SPECIAL COUNSEL IN DISABILITY CASE

I, Sharla Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age and that I served a true and correct copy of the within Order Granting Application to Employ Special Counsel in Disability Case filed herewith on the parties at the addresses on the attached matrix by first class mail.

                                                        Respectfully submitted,

Date: <u>August 28, 2017</u>

                                                   <u>/s/ Sharla Munroe</u>
                                                   Sharla Munroe, Paralegal
                                                   MCLERATH LEGAL HOLDINGS, LLC
                                                   1641 Saw Mill Run Boulevard
                                                   Pittsburgh, PA 15210
                                                   Tel: 412.765.3606
                                                   Fax: 412.765.1917

## MATRIX OF PARTIES SERVED

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Carol Goehring-Douglass
550 Shenago Road
Beaver Falls, PA 15010

Ryan S. Woodske, Esquire
255 College Avenue
Beaver, PA 15009

Allied Adjustors
845 23rd St
Aliquippa, PA 15001

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

AmeriCredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Beaver Valley Fcu
601 37th St
Beaver Falls, PA 15010

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Chase
Po Box 24696
Columbus, OH 43224

Chase
Po Box 901076
Ft Worth, TX 76101

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Gm Financial
Po Box 181145
Arlington, TX 76096

HSBC
Post Office Box 17906
San Diego, CA 92177

Hub Finance
203 Brighton Ave
Rochester, PA 15074

MRS Physical Therapy
500 Market Street #103
Beaver, PA 15009-2998

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

NCO Financial
507 Prudential Road
Horsham, PA 19044

Penn Billing Services
PO Box 988
Harrisburg, PA 17108-0988

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Sallie Mae
Po Box 9655
Wilkes Barre, PA 18773