# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL DOUGLASS                               Case No. 14-23908CMB
CAROL GOEHRING-DOUGLASS

        Debtor(s)
RONDA J. WINNECOUR,                            Chapter 13
Standing Chapter 13 Trustee,

        Movant                         Document No __
     vs.
JPMORGAN CHASE BANK NA

     Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

JPMORGAN CHASE BANK NA                         Court claim# 3/Trustee CID# 5
PO BOX 901032
FT WORTH, TX 76101-2032

The Movant further certifies that on 09/18/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

          /s/ Ronda J. Winnecour
          RONDA J WINNECOUR PA ID #30399
          CHAPTER 13 TRUSTEE WD PA
          600 GRANT STREET
cc: debtor(s)                                  SUITE 3250 US STEEL TWR
    original creditor                    PITTSBURGH, PA  15219
    putative creditor                    (412) 471-5566
    counsel for debtor(s)                cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
MICHAEL DOUGLASS, 43 A STREET,
BEAVER, PA  15009

DEBTOR(S):
CAROL GOEHRING-DOUGLASS, 550
SHENANGO ROAD, BEAVER FALLS,
PA  15010

DEBTOR'S COUNSEL:
PAUL W MCELRATH JR ESQ,
MCELRATH LEGAL HOLDINGS LLC,
1641 SAW MILL RUN BLVD,
PITTSBURGH, PA  15210

ORIGINAL CREDITOR'S COUNSEL:
CHASE AUTO FINANCE(*), PO BOX
901032, FT WORTH, TX  76101-2032

ORIGINAL CREDITOR:
JPMORGAN CHASE BANK NA, PO
BOX 901032, FT WORTH, TX
76101-2032

:
CHAPTER 13 BANKRUPTCY
NOTICING, PO BOX 29505 AZ1-1191,
PHOENIX, AZ  85038-9505

NEW CREDITOR: