**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/23/2018

IN RE:

MICHAEL DOUGLASS
43 A STREET
BEAVER, PA 15009
XXX-XX-9465          Debtor(s)

Case No. 14-23908 CMB

Chapter 13

CAROL GOEHRING-DOUGLASS
550 SHENANGO ROAD
BEAVER FALLS, PA 15010
XXX-XX-8503

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/23/2018

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 2   INT %: 5.00%<br>Court Claim Number: 2<br>CLAIM: 3,703.72<br>COMMENT: $CL-PL@5%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6225 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL*CL=16794.08 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2555 |
| **JPMORGAN CHASE BANK**<br>ATTN BANKRUPTCY PAYMENT PRCSNG<br>3415 VISION DR<br>COLUMBUS, OH 43219 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: PMT/NTC-CONF*DK4PMT-LMT*BGN 10/14*DKT | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 1765 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | Trustee Claim Number: 5   INT %: 5.00%<br>Court Claim Number: 3<br>CLAIM: 9,240.23<br>COMMENT: $CL-PL@5%MDF/PL*RECEIVED A PIF/CR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1305 |
| **ALLIED ADJUSTORS**<br>PO BOX 1006<br>ALIQUIPPA, PA 15001 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 150.00<br>COMMENT: 79N3/SCH*105579*BEAVER VALLEY UROLOGY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5579 |
| **ALLIED ADJUSTORS**<br>PO BOX 1006<br>ALIQUIPPA, PA 15001 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 25.00<br>COMMENT: 54N2/SCH*227654*VALLEY NEUROLOGICAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7654 |
| **BEAVER VALLEY FCU***<br>71 BRIDGE ST*<br>BRIDGEWATER, PA 15009 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,673.54<br>COMMENT: LOAN TAKEN 11/15/12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6002 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,034.47<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1393 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 300.73<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7596 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MRS PHYS THERAPY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2651 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 354.32<br>COMMENT: CREDIT ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9124 |
| **FIRST PREMIER BANK**<br>POB 5114<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5251 |
| **HUB FINANCE**<br>203 BRIGHTON AVENUE<br>P O BOX 68<br>ROCHESTER, PA 15074 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0925 |
| **HUB FINANCE**<br>203 BRIGHTON AVENUE<br>P O BOX 68<br>ROCHESTER, PA 15074 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1117 |
| **NRA GROUP LLC***<br>POB 67015<br><br>HARRISBURG, PA 17106-7015 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ASHTON DRAKE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0230 |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PENN BILLING SERVICES**<br>POB 988<br><br>NEW CASTLE, PA 16107 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HSBC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...7458 |
| **SALLIE MAE INC****<br>220 LASLEY AVE<br><br>WILKES-BARRE, PA 18706 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...1121 |

| | | |
|---|---|---|
| **SALLIE MAE INC**\*\* | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 220 LASLEY AVE | Court Claim Number: | ACCOUNT NO.: ...2070 |
| | CLAIM: 0.00 | |
| WILKES-BARRE, PA 18706 | COMMENT: | |
| **JPMORGAN CHASE BANK** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN BANKRUPTCY PAYMENT PRCSNG | Court Claim Number:10 | ACCOUNT NO.: 1765 |
| 3415 VISION DR | CLAIM: 6,252.81 | |
| COLUMBUS, OH 43219 | COMMENT: $CL-PL*THRU 9/14 | |