## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Michael Douglass and | : | Case No. 14-23908-CMB |
| Carol Goehring-Douglass, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| | : | Related to Doc. No. 109, 114 |
| Michael Douglass, | : | |
| SS. No. (xxx-xx- 9465) | : | Hearing Date and Time: |
| Movant | : | May 4, 2018 at 11:00 a.m. |
| | : | |
| v. | : | |
| Gatehouse Media | : | |
| Ronda J. Winnecour Ch 13 Trustee | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO TERMINATE WAGE ATTACHMENT**

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 30, 2018, I served a copy of the above-captioned pleading, Notice of Hearing with Response Deadline on Motion to Terminate Wage Attachment,   filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties by United States mail, first class or electronic mail where indicated.

Executed on: March 30, 2018

                   By: /s/ Sharla Munroe
                      Sharla Munroe, Paralegal
                      McElrath Legal Holdings, LLC
                      1641 Saw Mill Run Blvd
                      Pittsburgh, PA 15210
                      Tel: 412.765.3606
                      Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Gatehouse Media
Attn: Centralized Payroll
175 Sully's Trail, 3rd Floor
Pittsford, NY 14534

Michael Douglass
43 A Street
Beaver, PA 15009