IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael Douglass and
Carol Goehring-Douglass,
    Debtors

Case No. 14-23908-CMB

Chapter 13

Michael Douglass and
Carol Goehring-Douglass,
    Movants

v.

Ronda J. Winnecour,
Chapter 13 Trustee,
    Respondent

Related to Document No. 112

~~Hearing Date & Time~~

## ORDER

NOW, this __3rd__ day of __April__ 2018, upon consideration of the Debtor's Consent Motion to Terminate Chapter 13 Plan Early, it is hereby ADJUDGED, ORDERED and DECREED as follows:

1. The Debtors are permitted to Terminate their chapter 13 plan early.
2. The Chapter 13 Trustee shall commence with the closing of this case.

BY THE COURT:

_/s/ Carlota M. Bohm_
Carlota M. Bohm,
United States Bankruptcy Judge

FILED
4/3/18 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23908-CMB
Michael Douglass                                                          Chapter 13
Carol Goehring-Douglass
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1              Date Rcvd: Apr 03, 2018
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db           +Michael Douglass,    43 A Street,    Beaver, PA 15009-1643
jdb          +Carol Goehring-Douglass,    550 Shenango Road,    Beaver Falls, PA 15010-1659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Carol  Goehring-Douglass ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Michael  Douglass ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6