## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 14-23908 CBM** |
| | : | |
| **Michael Douglass &,** | : | **CHAPTER 13** |
| **Carol Goehring-Douglass** | : | |
| Debtors | : | **Related to Doc. No. 124, 126** |
| | : | |
| **Michael Douglass &,** | : | |
| **Carol Goehring-Douglass** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE PER TEXT ORDER AT DOCKET # 126 THE AMENDMENT TO SCHEDULES B & C

I, Sharla R. Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served per text at Docket # 126, the Amendment to Schedules B & C, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated:

Executed on: <u>April 11, 2018</u>

By:    <u>s/ Sharla R. Munroe</u>
          Sharla R. Munroe, Paralegal
          McElrath Legal Holdings, LLC
          1641 Saw Mill Run Blvd
          Pittsburgh, PA 15210
          Tel: 412.765.3606
          Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Michael  Douglass
43 A Street
Beaver, PA 15009

Carol Goehring-Douglass
550 Shenago Road
Beaver Falls, PA 15010

Allied Adjustors
845 23rd St
Aliquippa, PA 15001

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

AmeriCredit Financial
Services, Inc.
PO Box 183853
Arlington, TX 76096

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite
5000
Philadelphia, PA 19106

Beaver Valley Fcu
601 37th St
Beaver Falls, PA 15010

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045

Chase
Po Box 24696
Columbus, OH 43224

Chase
Po Box 901076
Ft Worth, TX 76101

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Gm Financial
Po Box 181145

Arlington, TX 76096

HSBC
Post Office Box 17906
San Diego, CA 92177

Hub Finance
203 Brighton Ave
Rochester, PA 15074

MRS Physical Therapy
500 Market Street #103
Beaver, PA 15009-2998

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

NCO Financial
507 Prudential Road
Horsham, PA 19044

Penn Billing Services
PO Box 988
Harrisburg, PA 17108-0988

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

RYAN S. WOODSKE, ESQUIRE
255 COLLEGE AVENUE

BEAVER, PA 15009

Sallie Mae
Po Box 9655
Wilkes Barre, PA 18773