## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Michael Douglass and | : | Case No. 14-23908-CMB |
| Carol Goehring-Douglass, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| | : | Related to Doc. No. 109, 114 |
| Michael Douglass, | : | |
| SS. No. (xxx-xx- 9465) | : | Hearing Date and Time: |
| Movant | : | May 4, 2018 at 11:00 a.m. |
| | : | |
| v. | : | |
| Gatehouse Media and | : | |
| Ronda J. Winnecour Ch 13 Trustee | : | |
| Respondents | : | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on March 26, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 14, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 16, 2018     By:    /s/ Paul W. McElrath
                                  Paul W. McElrath, Esquire
                                  Attorney for Debtor/Movant
                                  PA I.D. #86220
                                  1641 Saw Mill Run Blvd.
                                  Pittsburgh, PA 15210
                                  (412) 765-3606
                                  paulm@mcelrathlaw.com