**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael Douglass
Carol Goehring−Douglass**
   Debtor(s)

Bankruptcy Case No.: 14−23908−CMB

Chapter: 13
Docket No.: 142 − 141

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 26th of June, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/1/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/15/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/1/18.**

                                                          Carlota M. Bohm
                                                          United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 14-23908-CMB
Michael Douglass                                                                        Chapter 13
Carol Goehring-Douglass
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                  Page 1 of 2              Date Rcvd: Jun 26, 2018
                              Form ID: 408                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
```
db           +Michael Douglass,   43 A Street,   Beaver, PA 15009-1643
jdb          +Carol Goehring-Douglass,   550 Shenango Road,   Beaver Falls, PA 15010-1659
cr            JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   Chase Records Ctr Attn Correspond Mail,
              Mail Code LA4-5555 700 Kansas Lane,   Monroe, LA 71203
13929485    ++ALLIED ADJUSTORS INC,   PO BOX 1006,   ALIQUIPPA PA 15001-0806
              (address filed with court: Allied Adjustors,   845 23rd St,   Aliquippa, PA 15001)
13944431    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
              Arlington, TX 76096)
13956721     +Allied Adjustors Inc.,   PO Box 1006,   Aliquippa, PA 15001-0806
13939554     +Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
13944432     +Andrew F. Gornall, Esquire,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13929486     +Beaver Valley FCU,   71 Bridge St.,   Bridgewater, PA 15009-2901
13944433     +Beaver Valley Fcu,   601 37th St,   Beaver Falls, PA 15010-3441
13929488     +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13929493     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13929494     +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13944442     +HSBC,   Post Office Box 17906,   San Diego, CA 92177-7906
13929495     +Hub Finance,   203 Brighton Ave,   Rochester, PA 15074-2161
14038017     +JPMorgan Chase Bank, N.A.,   3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13944444      MRS Physical Therapy,   500 Market Street #103,   Beaver, PA 15009-2998
13944447      Penn Billing Services,   PO Box 988,   Harrisburg, PA 17108-0988
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13944430     +E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 02:27:01     Ally Financial,
              200 Renaissance Ctr,   Detroit, MI 48243-1300
13936373      E-mail/Text: ally@ebn.phinsolutions.com Jun 27 2018 02:27:01
              Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13929487      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2018 02:23:13     Cap One,
              Po Box 85520,   Richmond, VA 23285
13944435     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 27 2018 02:23:13     Cap One,
              26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13929489     +E-mail/Text: bk.notifications@jpmchase.com Jun 27 2018 02:27:26     Chase,   Po Box 901076,
              Ft Worth, TX 76101-2076
13929491     +E-mail/Text: abovay@creditmanagementcompany.com Jun 27 2018 02:28:13     Credit Management Co,
              2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13929492     +E-mail/PDF: creditonebknotifications@resurgent.com Jun 27 2018 02:23:50     Credit One Bank Na,
              Po Box 98875,   Las Vegas, NV 89193-8875
13954866      E-mail/Text: bk.notifications@jpmchase.com Jun 27 2018 02:27:26     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13993393      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 27 2018 02:23:20
              LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13944446     +E-mail/Text: egssupportservices@alorica.com Jun 27 2018 02:28:02     NCO Financial,
              507 Prudential Road,   Horsham, PA 19044-2308
13929496     +E-mail/Text: Bankruptcies@nragroup.com Jun 27 2018 02:28:41     National Recovery Agen,
              2491 Paxton St,   Harrisburg, PA 17111-1036
13998823      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2018 02:50:35
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13929498     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2018 02:23:16
              Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13929499     +E-mail/PDF: pa_dc_claims@navient.com Jun 27 2018 02:23:49     Sallie Mae,   Po Box 9655,
              Wilkes Barre, PA 18773-9655
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13929490        Credit Card
13929497        Personal Loan
cr*          +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
13944429*   ++ALLIED ADJUSTORS INC,   PO BOX 1006,   ALIQUIPPA PA 15001-0806
              (address filed with court: Allied Adjustors,   845 23rd St,   Aliquippa, PA 15001)
13944434*   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13944437*    +Chase,   Po Box 901076,   Ft Worth, TX 76101-2076
13944436*    +Chase,   Po Box 24696,   Columbus, OH 43224-0696
13944438*    +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
13944439*    +Credit One Bank Na,   Po Box 98875,   Las Vegas, NV 89193-8875
13944440*    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13944441*    +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
13944443*    +Hub Finance,   203 Brighton Ave,   Rochester, PA 15074-2161
13944445*    +National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
```

```
District/off: 0315-2          User: kthe                Page 2 of 2           Date Rcvd: Jun 26, 2018
                              Form ID: 408              Total Noticed: 32

             ***** BYPASSED RECIPIENTS (continued) *****
13944448*       +Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13944449*       +Sallie Mae,   Po Box 9655,   Wilkes Barre, PA 18773-9655
                                                                                TOTALS: 2, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Carol  Goehring-Douglass ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Michael  Douglass ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```